# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                        Case No. 8:07-CR-287-T-30MAP

**FREDY ZAMORA-MOSQUERA**
_____/

## ORDER

     **THIS CAUSE** came on to be considered upon Defendant's Motion Requesting Court Assistant (Dkt. #141). The Defendant is requesting copies of legal documents.

     A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts. United States v. MacCollom, 426 U.S. 317, 325-326 (1976). To be entitled to a transcript, the prisoner must show a particularized need. That is, a defendant must identify a non-frivolous issue for which the transcript is necessary. Here, the Defendant has not identified such an issue.

     It is therefore ORDERED AND ADJUDGED that:

     1. Defendant's Motion Requesting Court Assistant (Dkt. #141) is DENIED without prejudice. Once Defendant identifies a particularized need for such transcript(s), the issue will be reconsidered by this Court.

     2. The Clerk is directed to send Defendant a copy of the docket sheet in this case.

     **DONE** and **ORDERED** in Tampa, Florida on August 27, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2007\07-cr-287.no free transcript.wpd